HUSAM SAMARAH
23018-112
DEFENDANT IN PRO SE
630 E. RIALTO AVE
SAN BERNARDINO, CA 92415

Petitioner shall have until August 18, 2008 to file his memorandum in support of his petition

[Signature] 6.17.08

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSAM SAMARAH,<br>PETITIONER,<br><br>V.<br><br>UNITED STATES OF AMERICA<br>RESPONDENT. | CASE NO. 08-CV-03434<br>R-CASE NO. 02-CR-00128-R<br>ORDER Granting<br>PETITIONER'S NOTICE OF MOTION AND MOTION REQUESTING 60 DAYS EXTENTION OF TIME TO FILE HIS MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE/CORRECT ILLEGAL CONVICTION/SENTENCE PURSUANT TO 28 U.S.C. § 2255 FILED ON MAY 23, 2008. |

HERE COMES PETITIONER HUSAM SAMARAH IN PRO SE, RESPECTFULLY REQUESTING FROM HONORABLE COURT TO GRANT PETITIONER 90 DAYS EXTENTION OF TIME TO FILE HIS MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE/CORRECT ILLEGAL CONVICTION/SENTENCE PURSUANT TO 28 U.S.C § 2255 FILED ON MAY 23, 2008.
BASED ON THE REASONS SET FORTH BELOW:

1. ON MAY 20, 2008, PETITIONER MAILED HIS MOTION TO THE CLERK OF DISTRICT COURT. THE CLERK FILED THE MOTION ON MAY 23, 2008.

2. ON MAY 22, 2008, U.S. MARSHAL TRANSFERED PETITIONER TO SAN BERNARDINO COUNTY JAIL WITHOUT PETITIONER'S LEGAL DOCUMENTS.

3. SAN BERNARDINO COUNTY JAIL DENIED PETITIONER ACCESS TO LAW LIBRARY, WRITING PENS, TYPING PAPERS, STAPLER, PHOTOCOPY MACHINE, AND TYPEWRITER.

4. PETITIONER DENIED ACCESS TO COURT AND FORCED TO PREPARE THIS MOTION USING LINED PAPER AND PENCIL.

5. PETITIONER DENIED ACCESS TO COURT BY NOT PERMITTED BY U.S. MARSHAL, S.B SHERIFF TO COMPLETE HIS LEGAL RESEARCH AND TO BE ABLE TO PREPARE AND TYPE HIS MEMORANDUM IN SUPPORT OF HIS MOTION.

6. U.S. MARSHAL INFORMED PETITIONER THAT BY THE END OF JUNE, 08. I COULD BE TRANSFERED BACK TO B.O.P FACILITY WHERE PETITIONER COULD HAVE ACCESS TO LAW LIBRARY.

7. PETITIONER RESPECTFULLY REQUESTS THE 90 DAYS EXTENSION OF TIME TO RETURN TO B.O.P FACILITY AND BE ABLE TO COMPLETE HIS MEMORANDUM SUBJECT TO U.S. MARSHAL ACTUALLY TRANSFERING PETITIONER.

DATE: JUNE 11, 2008

RESPECTFULLY SUBMITTED

*Husam Samallah*

HUSAM SAMALLAH
'PETITIONER'

-2-

## CERTIFICATE OF SERVICE

I HUSAM SAMARAH (PETITIONER) CERTIFY UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746, THAT U.S MARSHAL AND SAN BERNARDINO COUNTY SHERIFF DENIED ME ACCESS TO PHOTOCOPY MACHINE, WRITING PEN, TYPING PAPER, STAPLER, AND TYPEWRITER TO PREPARE PETITIONER MOTION. BECAUSE OF THIS I AM FORCED TO PLACE THE ORIGINAL MOTION WRITTEN IN PENCIL A 3 PAGES TITLED: "PETITIONER'S NOTICE OF MOTION AND MOTION REQUESTING 90 DAYS EXTENTION OF TIME TO FILE HIS MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE/CORRECT ILLEGAL CONVICTION/SENTENCE PURSUANT TO 28 U.S.C. § 2255 FILED ON MAY 23, 2008."

AND MAILE TO PRO SE INTAKE CLERK OF DISTRICT COURT, AND RESPECTFULLY REQUEST FROM CLERK TO MAKE (6) COPIES AND SERVE BY U.S MAIL THE FOLLOWING:

1) THOMAS P. O'BRIEN
   UNITED STATES ATTORNEY
   312 N. SPRING STREET
   LOS ANGELES, CA 90012

2) MS. MANAL SAMARAH
   7667 STAGE ROAD
   APPT. # 35
   BUENA PARK, CA 90621

EXECUTED ON JUNE 11, 2008, AT SAN BERNARDINO, CALIFORNIA,

BY: *Husam Samarah*

HUSAM SAMARAH
'PETITIONER'