JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      vs.                     )<br>                              )<br> HUSAM SAMARAH,               )<br>                              )<br>            Defendant.        )<br> _____) | CASE NO. CV08-3434-R<br>CR 02-128-R<br><br>ORDER |

     Defendant Husam Samarah moves pursuant to 28 U.S.C. §2255 to set aside or correct the sentence imposed on him in case number CR02-128-R.

     Notice of Appeal was filed in this matter on May 3, 2007 and has not been resolved.

     This Court is without jurisdiction.

     The motion is denied.

DATED: October 17, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE